JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARRY MCCOY, | Case No. CV 19-10912 PVC |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Court's Memorandum Decision and Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  July 14, 2020

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE